DAVID B. BARLOW, United States Attorney (#13117)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2012 MAY 30 P 2:47

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATIONS: 18 U.S.C. § 554(a), Smuggling Goods |
| vs. | : | from the United States; 18 U.S.C. § 2, Aiding and Abetting. |
| JUAN ARMANDO DARANCOU-CORRALES and BENJAMIN RIVERA-ALVARADO, | : | Case: 2:12-cr-00288 Assigned To : Benson, Dee Assign. Date : 05/30/2012 Description: USA v. |
| Defendants. | : | |

The Grand Jury Charges:

## COUNT 1

In or about March 2009, in the Central Division of the District of Utah,

JUAN ARMANDO DARANCOU-CORRALES
and
BENJAMIN RIVERA-ALVARADO,

the defendants herein, fraudulently and knowingly exported and sent a Barrett Model 99 .50 caliber rifle from the United States, contrary to the laws and regulations of the United States governing the export of firearms, in that defendants exported and sent the firearm without the

Department of State export license or other written authorization required by 22 U.S.C. § 2778, or attempted to do so, and did aid and abet therein; all in violation of 18 U.S.C. §§ 554(a) and 2.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

J. DREW YEATES
Assistant United States Attorney